IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **ANTONIO L. BROOKS,**<br>　　　**Plaintiff,**<br><br>v.<br><br>**JOHN A. WOODSON, et al.,**<br>　　　**Defendants.** | Civil Action No. 7:20-cv-00478<br><br>**MEMORANDUM OPINION**<br><br>By:  Hon. Thomas T. Cullen<br>　　　United States District Judge |

　　　　Plaintiff Antonio L. Brooks, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered August 14, 2020, the court directed plaintiff to submit within 20 days from the date of the order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On September 3, 2020, the plaintiff returned the signed inmate account form; the required six-month statements, however, were not included. On September 3, 2020, the court sent plaintiff another conditionally filed order directing him to send in the required six-month statements. On September 28, 2020, plaintiff returned another inmate account form signed by the trust officer but did not include the required six-month statements.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

　　　　More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court will dismiss the action without prejudice and strike the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

**ENTERED** this  29th  day of September, 2020.

/s/ Thomas T. Cullen
―――――――――――――――――――
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE